FILED

FEB 27 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY CHESTNUT,

Defendant.

**Case No.:** CR 97–40005-002 YGR [KAW]

**RELEASE ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Gregory Chestnut be released from the custody of the United States Marshals Service on February 27, 2026 to reside with family in Brentwood, CA and continue with his employment at Dee's Organics Catering. All other previously set supervised release conditions will remain in effect.

IT IS SO ORDERED.

2/27/2026
Dated

_Kandis Westmore_
HON. KANDIS A. WESTMORE
United States Magistrate Judge

RELEASE ORDER
*CHESTNUT*, CR 97–435 YGR [KAW]

1